**C. DAVID COTTINGHAM**
**STANDING TRUSTEE**
**CHAPTER 13 BANKRUPTCY**
**WESTERN DIVISION**
**NORTHERN DISTRICT OF ALABAMA**

PO DRAWER 020588
TUSCALOOSA, AL 35402

TELEPHONE
(205)758-8595

DATE: 07/01/2008

*Changed 07/31/08 AEH*

TO: CAMRON LAW
(ATTORNEY AT LAW)

RE: CHAPTER 13 CASE #: 05-72281

NAME OF DEBTOR(S): PREKEIDA COOK

WE HAVE RECEIVED NOTIFICATION THAT THE DEBTOR(S) IS NO LONGER AT THE ADDRESS IN OUR FILE. PLEASE FURNISH US WITH A CURRENT ADDRESS WITHIN TEN (10) DAYS. PLEASE INDICATE THE NEW ADDRESS BELOW AND RETURN THIS FORM TO US.

THANK YOU FOR YOUR ASSISTANCE.

_C. DAVID COTTINGHAM_

ADDRESS ON FILE: 2700 MLK JR BLVD APT 17A
TUSCALOOSA, AL 35401

NEW ADDRESS OF DEBTOR(S): 1812 21st Ave E
Tuscaloosa, AL 35404

Mailed by: AEH
Initial

PLEASE RETURN THIS FORM TO AMANDA AT THE TRUSTEES OFFICE. THANK YOU.